JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SU LEE, | Case No. 2:25-cv-06944-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SBS CORP.; MBN, INC.; IBK; TV CHOSUN CORP.; BUGS (dba NHN BUGS CORP.); MELON (dba KAKAO ENTERTAINMENT CORP.); GENIE (dba KT MUSIC CORP.); MBC CORP.; JTV (dba JEONJU TELEVISION CO., LTD.), | |
| Defendants. | |

Pursuant to this Court's Order Re: Motions to Dismiss,

IT IS ADJUDGED that this action is dismissed without prejudice. Plaintiff Beom Su Lee shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 4, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1